IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
2026 AUG -4 AM 11:30

CHARLES KENZELL CARTER
Plaintiff

Case# 26-cv-233-SWS

Jury Trial Demanded

V.

CARL VOIGTSBERGER-(Classification and Housing manager WDOC)
DANIEL SHANNON -(WDOC Director)
WYOMING DEPARTMENT OF CORRECTIONS-(WDOC)
Sued in their individual and official capacity.
Defendants

## VERIFIED COMPLAINT FOR [redacted] DECLARATORY AND INJUNCTIVE RELIEF

### i) Introduction

①. This is a 42 U.S.C. §1983 action filed by Plaintiff Charles Carter, a state prisoner, alleging violations of its protected constitutional right to equal Protected rights related to similar situated inmates convicted under the laws of wyoming. Denial of access to courts, and failure to act or protect Plaintiff from harm, All in violation of its fifth, Eighth, and first, fourteenth Amendment of the united states Constitution, seeking mandatory injunction, and ~~Damages~~, Declaratory relief. Plaintiff also seek state tort claims of Negligence and grossly negligence for monetary Damages and injunctive relief.

### ii) Jurisdiction

②. This Court is invoked Jurisdiction over Plaintiffs Claims under 42. U.S.C. §1331, 1343, 1981, 1983, and 1988.

③. This Court has supplemental Jurisdiction Pursuant to 28 U.S.C. §1367 for Plaintiff State tort claims.

## iii) Parties

④. Plaintiff, charles kenzell carter, was at wallens ridge state prison VDOC, And transfer to SCDC During the events at issue in the complaint.

⑤. Defendant-Carl voigtsberger is the Classification and housing manager for WDOC, wyoming Department of Corrections, employee in the same Sued in his individual and official capacity.

⑥. Defendant-Dareel shannon, is and was the Director of WDOC, employeed in the same sued in his individual and official capacity.

⑦. Defendant- wyoming Department of Corrections WDOC, responsible for its employee negligence and grossly negligence resulting in injurys to Plaintiff.

⑧. At all times relevent defendants acted and contenue to act under the Color of state law.

## V. Factual Statement on Personal knowledge

⑨. Plaintiff hereby swear that he was convicted in the state of wyoming April-2017, and ordered to the sole custody of WDOC. Judgment enter ordered WDOC to keep Plaintiff safely housed.

⑩. in Aug 2019 Plaintiff was transfered to the state of virginia upon the interstate corractions compact, however the transfer was Commenced De to Plaintiff filing grievance, the conditions was harsher. and Plaintiff was informed by virginia officials that Plaintiff was transfered because of being a paper pusher.

⑪. Plaintiff petition the goverment and filed a Lawsuit against Defendant-Carl voigtsberger, Dan shannon, and WDOC for Retaliatory transfer and other Constitutional violations See Carter v. WDOC D.C. NO. 1-23-cv-021-SWS, the District court initially Dismissed the complaint, without service. Plaintiff appelled No. 23-8044. Feb-2024.

⑫. The case was remanded service was order, in April 2024 Plaintiff was notified that wyoming was transfer me back to wyoming Because I filed a Law suit

I was told this by warden bovens. see Exhibit-D

13. Though Plaintiff was informed that he was being transfer back to wyoming plaintiff made monthly inquiries about the transfer. And told its on wyoming when you will Leave, this went on for months.

14 on Jan-28-2025, The court held a pretrial-conference, at this Conference Plaintiff informed Defendants Counsel that I had witnesses that will testify that its transfer from wyoming to virginia was in fact because of me filing Grievances whats called a paper pusher.

15. on Feb. 3rd, 2025 Six Days later Plaintiff was transfered, but not back to wyoming but to South carolina Department of corrections, which was harsher and dangerous with a high rate of inmate and staff Gang activitys Major contraband, Drugs, and poor security staffing which is all contrary to W.S. 25-1-105 Govern out of state transfers.

16. Defendant. Carl voigtsberger, Dan shannon, and WDOC subjected Plaintiff to a retaliatory transfer for filing a Lawsuit against them, a law suit is Protected by the first Amendment of the united state constitution.

17. upon being received to SCDC, SCDC regulations, policy required that I be unafforded my liberty to possess my legal material, which contained the names of witnesses Plaintiff had to testify against Defendant. Carl voigtsberger (See Exhibit-A) Request informing staff about law library access and material) Plaintiff had deadlines but was unable to show staff because they would not allow Plaintiff to have its Legal material.

18. The transfer was proximaty to filing Lawsuit, and the Jan 28, 2025 hearing which produce information that would've been Damaging to Defendants case, Defendant. Carl, Shannon and WDOC had motive.

19. The transfer Did not only Cause injury to my case ~~against~~ against Defendant-Carl Shannon, but it Denied Plaintiff meaningful access to the courts in both Virginia, and wyoming.

LEGAL MAIL ONLY

(20). FIRST AMENDMENT RETALIATION CLAIM

(1). That the plaintiff was engaged in constitutionally protected activity; (2) That the defendant's actions caused the plaintiff to suffer an injury that would chill a person of ordinary firmness from continuing to engage in that activity; and (3) That the defendants adverse action was substantially motivated as a response to the plaintiff's exercise of constitutionally protected conducts

(21). Plaintiff submitted Grievance in SCDC concerning its Legal material See Exhibit. B, and C; to no Avail.

(22). The transfer Excuted by Defendant - voigtsberger, shannon, and WDOC Blocked plaintiff access to its Legal material, and assistance

(23). Plaintiff sought relief from Defendant Carl, Shannon and WDOC after being Exposed to Dangerous Living conditions, and saftey Concerns Through out Mar-2025 - June-2025 including inadequate staffing, gang violence, to no avail.

(24). on June 26-2025 Plaintiff was violently attacked and stabbed by another inmate, Plaintiff was stabbed 3 times resulting in Plaintiff needing stitches in each puncture wound, plaintiff notified Carl voigtsberger of the incident, and Defendant - Carl being fully advised of plaintiff Judgment that the courts ordered that WDOC keep plaintiff safely housed shows that Defendant voigtsberger acted with Deliberate indifferent to plaintiff safety, security, and exposed plaintiff to a substantial risk of harm when he failed to act upon plaintiff safety risk brought to his attention prior to plaintiff being stabbed, thus violated plaintiff Eighth Amendment right to be free from Deliberate indifferent.

(25). Defendant-Carl Voigtsberger has yet to act upon plaintiff being stabbed, which the agreement which Plaintiff is housed under also Directed SCDC, or SCDC agreed to keep plaintiff Safe.

(26) Not only was plaintiff subjected to a retaliatory transfer but also a retaliatory failure to act, which Exposed plaintiff to the risk of harm and threat to its health and safety.

(27). Plaintiff has been placed on Administration Segregation, and Defendant-Carl, Shannon or WDOC has afforded Plaintiff a meaningful Review, Plaintiff was placed on Admin Segregation on 6-30-2025 its been a year.

(28). lastly, W.S. 25-1-105 govern plaintiff transfer. in Dec-2025 Plaintiff Sended through the mail, Certified mail to Defendant Dan Shannon the Drug substance of (Meth) I showed him what I was being Exposed to in SCDC custody, Dan Shannon has failed to respond, this Exposed plaintiff to a risk of harm, and threaten plaintiff safety and security, and is not a response a Director of a prison penal is suppose to have. Thus violating Plaintiff Eighth Amendment and [illegible] fourteenth Amendment.

(29). Defendant-Dan Shannon acts of omissions and commissions was negligence and grossly negligence as he demonstrated no standard of care and failed his Duty to require Plaintiff be transfer back to wyoming after seeing Plaintiff mailed him Drugs, he must have used them him self. he failed as a Director to ensure staff under ICC in other States kept Drugs out of the hands of inmates, resulted in plaintiff using Drugs and getting in trouble and health issues because its so much Free will in SCDC.

# Claim for relief

(30). Claim one - Retaliatory transfer; Defendant Carl voigtsberger
Dan Shannon, WDOC subjected plaintiff to a retaliatory transfer
to South Carolina Dept of Corrections for filing Lawsuits against them
the transfer was retaliatory, and infringed plaintiff of its witnesses
and Legal material, and the transfer was proximate cause after being
informed of plaintiff witnesses against them - violated plaintiff first
Amendment right to petition the Government for redress, and Due
Process clause.

(31). Claim two - Deliberate indifferent, failure to protect
After plaintiff sent multiple safety concerns to Defendant Carl,
Shannon, Plaintiff was stabbed, Defendants has yet to adequately
Respond, thus acted with Deliberate indifference to plaintiff. health safety,
and security, and exposed him to a risk of harm in violation of its
Eighth and Fourteenth Amendment it was punishment of Carl to
failed to act. inflicted the unnecessary infliction of wanton pain, resulted
in injury. this also violated Plaintiff Judgment and sentencing order.

(32). Claim three — Wyoming State tort Claims act, against
Defendant - Dan Shannon. WDOC, for its negligence and grossly
negligence in response to plaintiff sending him Drugs through the
Mail giving notice of the Conditions he was being exposed to, and having
failed to make inquire, deliberately, recklessness, disregard to plaintiff safety and
health, in a wanton manner. Constitute the state tort of negligence and
grossly negligence.

(33). Claim four - Any and all other Claims, cause or arguments not specifically artifically articulated in the complaint.

## Relief Requested

(34). WHEREFORE Plaintiff prays the court grant the relief requested as follows:

(A). prospective injunction - against, Defendant - Carl voigtsberger WDOC. and Dan shannon to immediately transfer plaintiff to Wyoming State prison for its retaliatory transfer in violation of its first Amendment, this is a Continuing constitutional violation.

(B). Injunction against - Defendant Carl voigtsberger WDOC, Dan Shannon from allowing any WDOC officials from retaliating against Plaintiff upon return.

(C) Issue a Declaratory - stating that WDOC failed to keep plaintiff safe in compliance with its judgment and sentence

(D). Declaratory - that Defendant voigtsberger, shannon. and WDOC violated Plaintiff first Amendment, Eighth Amendment and fourteenth Amendment rights.

(E). Declaratory that - Defendant Dan shannon acted with negligence and grossly negligence

(F). Damages for state tort claims against Defendant shannon for 150.000 for its negligence and grossly negligence

Pursuant to 28. U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Date. 7-12-2026
Charles E Carter 346340
PCF-D-X-12
430 oak lawn rd
Pelzer SC. 29669

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
REQUEST TO STAFF MEMBER

Exhibit- A)

| TO: STAFF NAME: | STAFF TITLE: Law library | DATE: 2-12-2025 |
|---|---|---|
| INMATE NAME: Charles K Carter | | SCDC #: 396340 |
| INSTITUTION: Kirkland R+E | DORM/SIDE/BED: CA-07 | HOUSING TYPE: ☐ RHU ☑ R&E ☐ INFIRMARY ☐ SSR ☐ DEATH ROW ☐ ASSISTED LIVING UNIT (ALU) ☐ N/A |

REASON FOR PAPER REQUEST: ☐ PREA ☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICAL COPAY ☐ MEDICAL RECORDS ☑ KIOSK INACCESSIBLE (EXPLAIN): Law library

YOU MUST USE THE KIOSK IF YOUR PAPER REQUEST DOES NOT MEET ANY OF THE CRITERIA ABOVE.

I have Pending litigations in Virginia, Wyoming
Im in need of My legal material, and I need
to be called to Law library to Do some
research on ~~mediations~~, 
Set for that in or on 12.13.2024, 8 of my lawsuits was
See Case - Carter v. Sgt Bentley 7:21-cv-484
Western District of Virginia Roanoke Division
And wyoming Districts

DISPOSITION BY STAFF MEMBER:
Write the mailroom for any legal material.

IN ORDER TO HAVE ACCESS TO THE LAW LIBRARY WHILE IN R & E STATUS, YOU MUST HAVE A COURT ORDER DATE (30 DAYS OR LESS-FORWARD) WITH PROOF OF PAPERWORK. OTHERWISE, YOU MUST WAIT UNTIL YOU ARE ASSIGNED TO A PERMANENT YARD.

RECEIVED

FEB 19 2025

DATE: | STAFF SIGNATURE: [signature]

SCDC FORM 19-11 (REV.JULY 2020)

FEB 1 2 2025

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE FORM

## STEP 1

RECEIVED
FEB 1 9 2025
KCI R&E GRIEVANCE

INMATE NAME: Charles Carter

SCDC NUMBER: #396340

INSTITUTION: Kirkland r+e center

HOUSING UNIT: C'A-07

WORK ASSIGNMENT: N/A

**OFFICE USE ONLY**

Grievance No. KCI-0078-25

Code: General IC/IS

Policy

Disc. Hear.

Class.

PREA

Date Received 2/19/25

IGC Initials TM

**STATEMENT OF GRIEVANCE** (Indicate the date of incident, and if the grievance is a challenge to SCDC Policy, specify which policy. Include supporting documentation and attach answered RTSM or Kiosk reference number.)

I arrived here from (V.D.O.C) Virginia department of corrections on 2-3-2025, I was housed in restrictive housing before leaving Virginia. I have a number of litigations pending in 4 different courts, 1 other state, SCDC Admin, got me housed in a 3 man cell without adequate facilitys such as a Desk-table if you will, inorder for a frequent litigator to continue to litigate without fustration - I have to write on an unstabled flex mattress, my knee and it becomes difficult for me. I had a number of Legal folders which contain sensitive Legal Documents which would've been an even more cluster in a 3 man cell, If I'm not being classified here but by Central Classification yall could've left me in segregation. its a table and adequate space, I've Been in prison 10yrs, & get here and no staff, or higher up is even aware of my ICC status or how to properly process me, the information I gave the Classification here is only Gonna mix up matters, this Deprivation of my litigations will if not corrected will result in my litigations against SCDC-Kirkland) within all other unconstitutional living conditions back here im being forced to endure. Please Govern yourself accordingly. Im interstate compact, I have voiced my issues to staff, I can't afford to waste further time. I can't call my layer, yall Denying my Access to court.

[signature] 2-12-2025

Grievant Signature Date

**ACTION REQUESTED:**

Im requesting to be moved to Restrictive housing and provided all my legal material So I can properly and adequately proceed my Case's Civil and criminal, its simple, or legal actions will Be sought

**ACTION TAKEN BY IGC:** ☐ PROCESSED ☐ UNPROCESSED ☒ OTHER

Your grievance is being Processed (Reviewed) and Returned (No Wardens Decision) for the following reasons: Per SCDC Policy GA-01.12, Inmate Grievance System, Section 13.2, you must make an effort to informally resolve a grievance by submitting a form or KIOSK to the appropriate supervisor/Unit Officer, Mailroom Staff, Captain and/or the Major within eight (8) days of the incident, you must provide the answered or KIOSK reference number with the grievance when submitted. Informal resolutions are not submitted to the Grievance office. (Note: A copy of the answered RTSM must be attached to the Step 1 grievance form). Section 13.7, The grievant will not write on the back of any Step 1 or Step 2 form. Unprocessed may only be appealed by utilizing SCDC Form 19-11, "Inmate Request to Staff Member," (RTSM) to the Agency Inmate Grievance Branch Chief within ten (10) days of the grievance being returned to the inmate. The inmate cannot file a grievance against the IGC for un-processing the grievance.

Terese Mitchell 2/19/25

IGC Signature Date

(CONTINUE ON REVERSE SIDE)



Exhibit-B

**WARDEN'S DECISION AND REASON:**

**Warden Signature** **Date**

❑ **I accept the Warden's decision and consider the matter closed.**

❑ **I do not accept the Warden's decision and wish to appeal.**

**Grievant Signature** **Date** **IGC Signature** **Date**

## INSTRUCTIONS FOR COMPLETING STEP 1 GRIEVANCE FORM

1. **An informal resolution shall be attempted prior to the filing of Step 1 by sending an Inmate Request to Staff Member (RTSM) form or Kiosk reference number to the appropriate supervisor. A copy of the answered RTSM must be attached to the grievance when the grievance is filed.**
2. **Complete each section in its entirety writing only in the space provided for inmate use. No additional pages will be permitted.**
3. **Only one (1) issue is to be addressed on each form.**
4. **Submit the completed form by placing it in the Grievance Box at your institution within eight (8) working days of the date on the RTSM response; policy grievances can be filed at any time. Disciplinary and Classification Review appeals must be submitted within five (5) working days of the hearing/review. Do not write in the space provided for the Warden's response.**
5. **If you are not satisfied with the Warden's decision, you may appeal to the appropriate responsible official within five (5) days of your receipt of the Warden's decision, by placing your Step 2 appeal form in the Grievance Box at your institution.**

FEB 28 2025

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE FORM

## STEP 1

**INMATE NAME:** Charles Kenzell Carter

**SCDC NUMBER:** 396340

**INSTITUTION:** Kirkland R+E Correctional Center

**HOUSING UNIT:** F-3B-248

**WORK ASSIGNMENT:** looking for work!

RECEIVED FEB 28 2025 KCI R&E GRIEVANCE

**OFFICE USE ONLY**
**Grievance No.** KCI-0110-25
**Code: General** PROP
**Policy**
**Disc. Hear.**
**Class.**
**PREA**
**Date Received** 2/28
**IGC Initials** TM

**STATEMENT OF GRIEVANCE** (Indicate the date of incident, and if the grievance is a challenge to SCDC Policy, specify which policy. Include supporting documentation and attach answered RTSM or Kiosk reference number.)

I was received here on 2-3-2025 from (Virginia) Im interstate compact from wyoming I had seven or more manila envelops which contain my active litigations. Sgt huff had them stored in my property, and told me when I need them to write property. I have wrote a RTSM to property 3 or more times. No one is responding to my request and this negligence imped my ability to move to the Step 1 Grievance) theres nothing in the booklet provided to R&E on how to go on about a grievance complaint when the individual involved is failing to provide the RTSM form in order to file a grievance to have the issue reviewed by competent Grievance obudsman as yourself. please process this Grievance, Being that you can process this as a policy Grievance, the policy Directs staff to Respond to inmate (RTSM), as well as Direct inmates whom want their property to file a Request to property department, Im the inmate in this matter and at all cause Im conducting my Directive orders as an Inmate to send a request to Property, Sadly the professional(s) are failing to adhere to his/or her official dutys leaving a unconfused situation upon the Grievance Department to make a reasonable corrective action to solve a small issue which I have provided below a reasonable Action to be taking in this matter and also I need my Radio, I feel like is a Deliberate act because inmates that arrived 2 weeks after me that was white got their radio already. I don't know why I have not received my Radio.

[signature] 2-27-2025

Grievant Signature — Date

**ACTION REQUESTED:** Since the property staff is ignoring my Request which is needed for an inmate to proceed to step 1 Grievance, I ask that you can make contact with property and giving him/or her notice or Directions to give me my legal material as I have ongoing litigations in 2 other states!

**ACTION TAKEN BY IGC:** ☐ PROCESSED ☐ UNPROCESSED ☒ OTHER

Your grievance is being Processed (Reviewed) and Returned (No Wardens Decision) for the following reasons: Per Policy GA-01.12, Inmate Grievance System, Section 13.2, you must make an effort to informally resolve a grievance by submitting a form or KIOSK to the appropriate supervisor/Property Control Officer, Captain, and/or the Major eight (8) days of the incident, you must provide the answered or KIOSK reference number with the grievance when submitted. Informal resolutions are not submitted to the Grievance office. Inmates in lock-up must use the paper form. (Note: A copy of the RTSM must be attached to the Step 1 grievance form). Unprocessed may only be appealed by utilizing SCDC Form 19-11, "Inmate Request to Staff Member," (RTSM) to the Agency Inmate Grievance Coordinator within ten (10) days of the grievance being returned to the inmate. The inmate cannot file a grievance against the IGC for un-processing the grievance.

Teresa Mitchell 3/4/25

IGC Signature — Date

(CONTINUE ON REVERSE SIDE)



Exhibit- C

**WARDEN'S DECISION AND REASON:**

Warden Signature Date

☐ I accept the Warden's decision and consider the matter closed.

☐ I do not accept the Warden's decision and wish to appeal.

Grievant Signature Date IGC Signature Date

## INSTRUCTIONS FOR COMPLETING STEP 1 GRIEVANCE FORM

1. An informal resolution shall be attempted prior to the filing of Step 1 by sending an Inmate Request to Staff Member (RTSM) form or Kiosk reference number to the appropriate supervisor. A copy of the answered RTSM must be attached to the grievance when the grievance is filed.
2. Complete each section in its entirety writing only in the space provided for inmate use. No additional pages will be permitted.
3. Only one (1) issue is to be addressed on each form.
4. Submit the completed form by placing it in the Grievance Box at your institution within eight (8) working days of the date on the RTSM response; policy grievances can be filed at any time. Disciplinary and Classification Review appeals must be submitted within five (5) working days of the hearing/review. Do not write in the space provided for the Warden's response.
5. If you are not satisfied with the Warden's decision, you may appeal to the appropriate responsible official within five (5) days of your receipt of the Warden's decision, by placing your Step 2 appeal form in the Grievance Box at your institution.